**Opinion filed August 11, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00153-CV

_____

## FRANCISCO MORALES, Appellant

## V.

## JOHN KENNMUR D/B/A KENN CONSTRUCTION, Appellee

**On Appeal from the 118th District Court**

**Howard County, Texas**

**Trial Court Cause No. 47018**

## M E M O R A N D U M   O P I N I O N

Francisco Morales is the appellant in this appeal.  He has filed an unopposed motion to dismiss the appeal pursuant to TEX. R. APP. P. 42.1(a)(1).  In the motion, appellant states that "[t]he parties have now entered into a Settlement Agreement."  Therefore, in accordance with appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

August 11, 2011

Panel consists of:  Wright, C.J.,
McCall, J., and Kalenak, J.